UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
OCT 2 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| NEUROVISION MEDICAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NUVASIVE, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV-09-6988-R <br><br> **VERDICT** |

We the jury in the above-entitled cause, find the following on the questions submitted to us:

1. Did Plaintiff establish trademark rights in the mark "NEUROVISION" through prior use of the mark in commerce?

   Yes _X_   No ____

If your answer to question 1 is "Yes," then proceed to question 2. If your answer to question 1 is "No," then sign and date this verdict form.

2. Did Defendant infringe Plaintiff's trademark rights in the mark "NEUROVISION" by using a similar mark in a manner that is likely to cause confusion?

   Yes _X_   No ____

If your answer to question 2 is "Yes," then proceed to question 3. If your answer to question 2 is "No," then sign and date this verdict form.

3. Was Defendant's infringement of Plaintiff's trademark rights willful?

   Yes _X_   No ____

Regardless of your answer to question 3, proceed to question 4.

4. Did Defendant fraudulently conceal that it knew of Plaintiff's prior use of the "NEUROVISION" mark when it applied for the trademark registrations with the United States Patent and Trademark Office?

    Yes  X    No _____

    If your answer to question 4 is "Yes," then proceed to question 5. If your answer to question 4 is "No," then proceed to question 6.

5. Was Defendant's fraudulent concealment of Plaintiff's prior use of the "NEUROVISION" mark rendered innocent because Defendant relied on the advice of its counsel when it applied for the trademark registrations with the United States Patent and Trademark Office?

    Yes _____   No  X

    If your answer to question 5 is "No," then proceed to question 6. If your answer to question 5 is "Yes," then sign and date this verdict form.

6. What damages is Plaintiff owed due to Defendant's infringement of the "NEUROVISION" mark? You may only award Defendant's profits (less any deductions) to Plaintiff if you found in question 3 that Defendant's infringement was willful.

    $ 60,000,000

Dated: October 25, 2010.
at Los Angeles, California



Redacted

FOREPERSON OF THE JURY