JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROVISION MEDICAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NUVASIVE, INC. and DOES 1 through 10, Inclusive, <br><br> Defendants. | Case No. 09-CV-6988 R (JEMx) <br><br> **JUDGMENT** |
| AND RELATED COUNTERCLAIMS. | |

262554_1.DOC

# JUDGMENT

Pursuant to the Court's October 19, 2010 order dismissing with prejudice defendant NuVasive's counterclaims and the jury's October 25, 2010 special verdict, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of the plaintiff and counter-defendant Neurovision Medical Products, Inc. ("Neurovision Medical") and against defendant and counter-claimant NuVasive, Inc. ("NuVasive") as follows:

## Liability

1. Neurovision Medical is the senior user, throughout the United States, of the trademark "Neurovision" used in conjunction with nerve location and monitoring equipment and related accessories.

2. NuVasive infringed upon Neurovision Medical's rights in the trademark "Neurovision" by using a similar mark in a manner that is likely to cause confusion.

3. NuVasive's infringement of Neurovision Medical's trademark was willful.

4. NuVasive committed fraud on the United States Patent and Trademark Office in procuring trademark registration numbers 2,711,777 and 2,782,540.

5. Neurovision Medical is not liable for unfair competition as alleged in NuVasive's counterclaims.

## Monetary Relief

6. Neurovision Medical shall have and recover against NuVasive $60,000,000.

7. Neurovision Medical shall have and recover its fees and costs in the amount of $_____.

8. The judgment shall bear post-judgment interest at the legal rate until paid.

<u>Injunctive Relief</u>

9. NuVasive and each of its officers, agents, servants and employees, and all those persons in active concert or participation with them are hereby forever enjoined from using the mark "Neurovision", or any mark confusingly similar thereto, or likely to cause confusion therewith, in the sale, offering for sale, lending, marketing, distribution and/or advertising of medical devices or related merchandise or services at any locality in the United States. The injunction shall be stayed thirty (30) days after issuance of this Judgment.

10. Within sixty (60) days after issuance of this Judgment, NuVasive is required to file with the Clerk of this Court and serve on Neurovision Medical, a report in writing, under oath, setting forth in detail the manner and form in which it has complied with the foregoing injunction.

<u>Cancellation of Trademark Registration Numbers 2,711,777 and 2,782,540</u>

11. Trademark registration numbers 2,711,777 and 2,782,540 are no longer valid and shall be cancelled by the USPTO.

Dated: _Jan. 6, 2011_    _____
　　　　　　　　　　　　　　The Hon. Manuel L. Real
　　　　　　　　　　　　　　Judge of the United States District Court

Submitted by:

RINCON VENTURE LAW GROUP
K. Andrew Kent
　And
BROWNE WOODS GEORGE LLP
Peter W. Ross
Benjamin D. Scheibe
Keith J. Wesley


By  /s/ Peter W. Ross

Attorneys for Plaintiff and Counter-Defendant
NEUROVISION MEDICAL PRODUCTS, INC.