UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEUROVISION MEDICAL PRODUCTS, INC., | Case No. 09-CV-6988 DSF (JEMx) |
| Plaintiff, | Hon. Dale S. Fischer |
| vs. | **PERMANENT INJUNCTION** |
| NUVASIVE INC., | |
| Defendant. | |

465858.1

For the reasons stated in the Court's August 5, 2014 Order GRANTING Plaintiff's Motion for Permanent Injunction and Cancellation of Trademark Registrations, and based on the parties' Stipulation re: Permanent Injunction, the Court hereby Orders the following:

NuVasive and each of its officers, agents, servants and employees, and all those persons in active concert or participation with them are hereby forever enjoined from using the mark NEUROVISION in the sale, offering for sale, distribution, lending, marketing or advertising of medical devices or related merchandise and services at any locality in the United States, provided, however, that the following shall not be considered a violation of this injunction:

   o Use of or reference to the NEUROVISION mark for truthful informational purposes with investors and regulatory agencies, including without limitation, the Securities and Exchange Commission or FDA, to refer to historic products, historic product sales, and/or this lawsuit;

   o In response to a customer inquiry, NuVasive can truthfully explain that it formerly marketed products under the name NEUROVISION.

IT IS SO ORDERED.

  9/2/14

Dated: _____

_____
The Hon. Dale S. Fischer
Judge of the United States District Court

465858.1

-1-

[PROPOSED] PERMANENT INJUNCTION

1         Respectfully Submitted:

2 Dated:  August 25, 2014       BROWNE GEORGE ROSS LLP
                         Peter W. Ross
3                          Keith J. Wesley

4

5                    By        s/ Keith J. Wesley
                         Keith J. Wesley

6

7                    Attorneys for Plaintiff
                   Neurovision Medical Products, Inc.

8 Dated:  August 25, 2014       DLA PIPER LLP (US)
                         William S. Boggs
9                          Noah A. Katsell

10

11                    By        s/ William S. Boggs
12                          William S. Boggs

13                    Attorneys for Defendant NuVasive, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28