JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEUROVISION MEDICAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NUVASIVE INC., <br><br> Defendant. | Case No. 09-CV-6988 DSF (JEMx) <br> Hon. Dale S. Fischer <br> **JUDGMENT** |

469265.1

JUDGMENT is hereby entered in favor of plaintiff Neurovision Medical Products, Inc. and against defendant NuVasive, Inc. in the amount of $30,000,000.

NuVasive and each of its officers, agents, servants and employees, and all those persons in active concert or participation with them are hereby forever enjoined from using the mark NEUROVISION in the sale, offering for sale, distribution, lending, marketing or advertising of medical devices or related merchandise and services at any locality in the United States, provided, however, that the following shall not be considered a violation of this injunction:

- o  Use of or reference to the NEUROVISION mark for truthful informational purposes with investors and regulatory agencies, including without limitation, the Securities and Exchange Commission or FDA, to refer to historic products, historic product sales, and/or this lawsuit;

- o  In response to a customer inquiry, NuVasive can truthfully explain that it formerly marketed products under the name NEUROVISION.

United States Patent and Trademark registration numbers 2,711,777 and 2,782,540 for the mark NEUROVISION shall be cancelled. The cancellation shall be stayed pending appeal.

This Judgment shall be amended to the extent additional post-judgment relief – *e.g.*, attorney's fees, costs, or interest – is requested and awarded.

IT IS SO ORDERED.

9/24/14

Dated: _____  _____

The Hon. Dale S. Fischer
Judge of the United States District Court

Respectfully Submitted:

Dated:  September 19, 2014

BROWNE GEORGE ROSS LLP
Peter W. Ross
Keith J. Wesley

By   s/ Keith J. Wesley
Keith J. Wesley

Attorneys for Plaintiff
Neurovision Medical Products, Inc.

Dated:  September 19, 2014

DLA PIPER LLP (US)
William S. Boggs
Noah A. Katsell

By   s/ William S. Boggs
William S. Boggs

Attorneys for Defendant NuVasive, Inc.

469265.1

-2-

[PROPOSED] JUDGMENT